**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LEOPOLDO LEAL, SAUL CASTILLO,
ROSEMBER ORTIZ, and CANERINO
QUINTERO,**

                 **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　Case No. 6:09-cv-726-Orl-31KRS

**NO LIMIT CONSTRUCTION OF
CENTRAL FLORIDA, INC. and JOHN H.
SMITH, JR.,**

                 **Defendants.**
_____/

## ORDER

This cause comes before the Court on K.E. Pantas's Motion to Withdraw as counsel for Plaintiffs Leopoldo Leal, Saul Castillo and Rosember Ortiz (Doc. No. 14) filed August 21, 2009.

On September 4, 2009, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion to Withdraw as counsel for Plaintiffs Leopoldo Leal, Saul Castillo and Rosember Ortiz is GRANTED.

3. The Complaint as to Plaintiffs Leopoldo Leal, Saul Castillo and Rosember Ortiz is DISMISSED without prejudice for lack of prosecution. All pending motions relating to these Plaintiffs are denied as moot.

4. Plaintiff, Canerino Quintero's claims remain pending.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 28th day of September, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE